[No. 5180–1.   Division One.   June 19, 1978.]

JOHN STILL, *Respondent,* v. DAVID F. STABBERT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 769704, Nancy A. Holman, J., entered

November 9, 1976. *Reversed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Ringold, J.